# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2021

## NO. 03-18-00523-CR

**Bryant Edward Dulin, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## MODIFIED AND, AS MODIFIED, AFFIRMED ON REMAND –
## OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment for count I of cause number 46489 to strike the time payment fee. The Court also modifies the judgment for count I of cause number 46489 to delete the duplicative court costs. After deleting the duplicative costs, the judgment for count I of cause number 46489 should retain a warrant fee of $40 and a warrant fee of $10. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2021

## NO. 03-18-00524-CR

**Bryant Edward Dulin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED ON REMAND –
OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment for count I of cause number 46491 to strike the time payment fee. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.